UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRY M. GEORGE,

      Plaintiff,

      v.

JOHN LAKIN, RANDY YOUNG,
CHRISTOPHER EALES, and CRAIG
RICHERT,

      Defendants.

Case No. 18-cv-1518-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 27) of Magistrate Judge Mark A. Beatty recommending that the Court grant the motion of Craig Richert, the only defendant remaining in this case, to dismiss the remaining claim against him (Count 3 of the First Amended Complaint) for lack of prosecution and for failure to comply with a court order (Doc. 26). No party has objected to the Report.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 27);

- **GRANTS** Richert's motion to dismiss for lack of prosecution (Doc. 26);

- **DISMISSES** plaintiff Terry M. George's remaining claim against Richert (Count 3 of the First Amended Complaint) **with prejudice,** pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket, *see In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995), for failure to prosecute and for failure to obey a court order; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   December 11, 2019**

            s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**