UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRY M. GEORGE,

        Plaintiff,

    v.                                                                         Case No. 18-cv-1518-JPG

JOHN LAKIN, RANDY YOUNG,
CHRISTOPHER EALES, and CRAIG RICHERT,

        Defendants.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Count 3 of plaintiff Terry M.

George's First Amended Complaint against defendant Craig Richert is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed

without prejudice:

- Count 1 of plaintiff Terry M. George's First Amended Complaint against defendants
  John Lakin, Randy Young, and Christopher Eales; and

- Count 2 of plaintiff Terry M. George's First Amended Complaint against defendant Craig
  Richert.

**DATED:   December 11, 2019**

                              **MARGARET M. ROBERTIE, Clerk of Court**

                              **s/Tina Gray, Deputy Clerk_____**

**Approved:**     s/ J. Phil Gilbert_____
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**